1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Nicolas Ramirez-Moreno

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR1359-L |
| | ) | |
| 12     Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 NICOLAS RAMIREZ-MORENO, | ) | |
| | ) | |
| 15     Defendant. | ) | |
| 16 _____ | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                 U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov

21                         Respectfully submitted,

23 DATED:    May 13, 2008          /s/ Gregory T. Murphy
                                   **GREGORY T. MURPHY**
24                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Nicolas Ramirez-Moreno